IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SUZANNE CRENSHAW-MARTIN,
    Plaintiff,

v.                                                       CIVIL NO. 3:14-CV-01203-P-BK

CAROLYN COLVIN,
Acting Commissioner of the Social
Security Administration,
    Defendant.

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2nd day of March, 2015.

                                                               JORGE A. SOLIS
                                                               UNITED STATES DISTRICT JUDGE